**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ernestio ZEDILLO–CAMARILLO,**
**Defendant–Appellant.**

No. 00–10381.

D.C. No. CR–00–00193–MHP.

United States Court of Appeals,
Ninth Circuit.

Submitted May 14, 2001.[*]

Decided May 30, 2001.

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before PREGERSON, FERNANDEZ, and WARDLAW, Circuit Judges.

## MEMORANDUM **

Federal prisoner Ernesto Zedillo–Camarillo appeals the seventy-seven month sentence imposed following his guilty plea, to one count of being found in the United States after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Zedillo–Camarillo contends the district court erred by enhancing his sentence on the basis of his prior aggravated felony convictions, which were not pleaded in the indictment. He also contends *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000) renders 8 U.S.C. § 1326(b) unconstitutional. Zedillo–Camarillo in his reply brief, however, concedes these contentions are foreclosed by *United States v. Pacheco–Zepeda*, 234 F.3d 411, 414–15 (9th Cir.2000), *cert. denied*, —— U.S. ——, 121 S.Ct. 1503, 149 L.Ed.2d 388 (2001) (stating *Apprendi* did not overrule *Almendarez–Torres v. United States*, 523 U.S. 224, 226–27, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998)).

AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).